**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

JAN  2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Misc No.:  07-537 |
| | ) | |
| ANDRE MAURICE ALLEN | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

Upon consideration of Alexandra M. Walsh's Motion for an Order Granting Authority to

Review Sealed Portions of the Trial Record and Non-Public Sentencing Materials in *United*

*States v. Andre Maurice Allen*, Cr-03-557-01 (RWR), and the responses thereto, it is hereby

ORDERED that the motion is GRANTED;

ORDERED that Ms. Walsh is authorized to review the following materials in the record

of *United States v. Andre Maurice Allen*, Cr-03-557-01 (RWR):

- sealed portions of the January 26, 2006 Status Conference Transcript (specifically pps. 33-48);

- sealed portions of the February 8, 2006 Trial Transcript (specifically pps. 57-59 and 227-230);

- sealed portions of the February 9, 2006 Trial Transcript (specifically pps. 121-123);

- sealed portions of the February 14, 2006 Trial Transcript (specifically pps. 223-233);

- any other sealed portions of transcripts recorded in the case that were accessible to defense counsel at trial;

- any sealed filings or court orders that do not appear on the public docket but were accessible to defense counsel at trial;

- the Presentence Investigation Report prepared in the case and disclosed on April 21, 2006 and any revisions thereto; and

- the Statement of Reasons attached to the judgment entered on June 2, 2006 (Dkt. 317).

ORDERED that Ms. Walsh's review of these materials is subject to the same confidentiality limitations that would apply were she serving as defense counsel;

ORDERED that this Order includes, but is not limited to, originals and copies of the materials enumerated above that are in the possession of counsel who have previously represented Mr. Allen in this case, the Clerk's Office for the District Court for the District of Columbia, the Official Court Reporters for the District Court for the District of Columbia, and the Bureau of Prisons or other custodians of the Presentence Investigation Report prepared in this case.

SO ORDERED.

ENTERED THIS 2nd DAY OF January 2008

_____
THE HONORABLE RICHARD W. ROBERTS
United States District Judge

Please Serve:

Debra L. Long-Doyle
Assistant U.S. Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, NW
Washington, DC 20530
202-305-2304

Royce Wallace McLeese, III
Assistant U.S. Attorney
U.S. Attorney's Office, Criminal Appellate
555 4th Street, NW
Washington, DC 20530
202-514-7088

*Counsel for the United States*

Andre Maurice Allen
Fed. Reg. No. 28112-016
Federal Correctional Institute Medium
Petersburg Medium
Petersburg, VA 23804

*Defendant-Appellant*